```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2018
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES BARTHOLOMEW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMTRUST FINANCIAL SERVICES, INC., DONALD T. DECARLO, SUSAN C. FISCH, ABRAHAM GULKOWITZ, GEORGE KARFUNKEL, LEAH KARFUNKEL, RAUL RIVERA, MARK SEROCK, and BARRY ZYSKIND,<br><br>Defendants. | Case No. 1:18-cv-04178<br><br>JURY TRIAL DEMANDED<br><br>CLASS ACTION |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that plaintiff James Batholomew, by and through his undersigned counsel, hereby voluntarily dismisses the above-captioned action against all defendants without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: July 5, 2018

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, Pennsylvania 19312
(484) 324-6800

**RIGRODSKY & LONG, P.A.**

By: */s/ Timothy J. MacFall*
Timothy J. MacFall
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516

*Attorneys for Plaintiff*

Dated:  July 6, 2018
           New York, New York

SO ORDERED

*/s/ Lorna G. Schofield*
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE